# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DR. WILLIAM S. HUSEL, M.O.,

    Plaintiff,                                      Hon. George Caram Steeh
                                                       Case No.: 19-cv-12478

v.

TRINITY HEALTH CORPORATION, and
TRINITY ASSURANCE LIMITED (CAYMAN),

    Defendants.
_____/

## STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR DEFENDANT TRINITY HEALTH CORPORATION AND DEFENDANT TRINITY ASSURANCE LIMITED (CAYMAN) TO SERVE AN ANSWER OR MOTION UNDER FRCP 12

On September 17, 2019, pursuant to the Parties' stipulation, this Court entered an Order to Extend the Deadline for Defendants to Serve an Answer or Motion under Fed. R. Civ. P. 12 (Dkt. 13). The parties appeared for oral argument on Plaintiff's Motion for Preliminary Injunction (Dkt. 4) on October 16, 2019 at 2:00 pm, which the Court took under advisement and is pending a ruling.

Wherefore, Plaintiff Dr. Husel, by and through counsel, Defendant THC, by and through counsel, and Defendant TAL, by and through counsel, hereby stipulate to the following extensions of time for Defendant THC and Defendant TAL's responsive pleadings as follows:

1. Due date for Defendant THC's answer or motion under Fed. R. Civ. P. 12 extended from October 30, 2019 to 14 days following entry of the Court's order on Plaintiff's Motion for Preliminary Injunction (Dkt. 4);

2. Due date for Defendant TAL's answer or motion under Fed. R. Civ. P. 12 extended from October 30, 2019 to 14 days following entry of the Court's order on Plaintiff's Motion for Preliminary Injunction (Dkt. 4).

Upon the consent of the parties the Court being otherwise fully advised:

IT IS HEREBY ORDERED that Defendants Trinity Health Corporation and Trinity Assurance Limited (CAYMAN) shall serve answers or motions under Fed. R. Civ. P. 12 to Plaintiff's Complaint fourteen (14) days following entry of the Court's order on Plaintiff's Motion for Preliminary Injunction (Dkt. 4).

Dated: October 29, 2019              s/George Caram Steeh
                                     Honorable George Caram Steeh
                                     United States District Judge

SO STIPULATED:

| FORD O'BRIEN LLP | SCHIFF HARDIN LLP |
|---|---|
| By: /s/*Adam C. Ford [with permission]*<br>Adam C. Ford<br>575 Fifth Avenue<br>17th Floor<br>New York, NY 10017<br>(212) 858-0040<br>aford@fordobrien.com<br><br>*Attorneys for Plaintiff Dr. William S. Husel* | By: /s/*Elise H. Yu*<br>    Elise H. Yu<br>350 S. Main Street, Ste. 210<br>Ann Arbor, MI  48104<br>734-222-1556 (Telephone)<br>734-222-1501 (Fax)<br>eyu@schiffhardin.com (Email)<br><br>*Attorneys for Defendant Trinity Health Corporation* |

HONIGMAN LLP

By: /s/*Jason Abel [with permission]*
    Jason R. Abel
     Sara J. Brundage
     Mohamed M. Awan
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
jabel@honigman.com
sbrundage@honigman.com
mawan@honigman.com

*Attorneys for Defendant Trinity Assurance Limited (Cayman)*