**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DR. WILLIAM S. HUSEL, M.O.,

    Plaintiff,   Hon. George Caram Steeh
       Case No.: 19-cv-12478
v.

TRINITY HEALTH CORPORATION, and
TRINITY ASSURANCE LIMITED (CAYMAN),

    Defendants.
_____/

**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR DEFENDANT TRINITY HEALTH CORPORATION AND DEFENDANT TRINITY ASSURANCE LIMITED (CAYMAN) TO SERVE AN ANSWER OR MOTION UNDER FRCP 12**

On January 17, 2020, pursuant to the Parties' stipulation, this Court entered an Order to Extend the Deadline for Defendants to Serve an Answer or Motion under Fed. R. Civ. P. 12 (Dkt. 22) extending the deadline by 14 days from January 22, 2020 to February 5, 2020.

Wherefore, Plaintiff Dr. Husel, by and through counsel, Defendant THC, by and through counsel, and Defendant TAL, by and through counsel, hereby stipulate to the following extensions of time for Defendant THC and Defendant TAL's responsive pleadings as follows:

1. Due date for Defendant THC's answer or motion under Fed. R. Civ. P. 12 extended by 7 days from February 5, 2020 to February 12, 2020;

2. Due date for Defendant TAL's answer or motion under Fed. R. Civ. P. 12 extended by 7 days from February 5, 2020 to February 12, 2020.

Upon the consent of the parties the Court being otherwise fully advised:

IT IS HEREBY ORDERED that Defendants Trinity Health Corporation and Trinity Assurance Limited (CAYMAN) shall serve answers or motions under Fed. R. Civ. P. 12 to Plaintiff's Complaint on or before February 12, 2020.

January 30, 2020               s/George Caram Steeh
                               GEORGE CARAM STEEH
                               UNITED STATES DISTRICT JUDGE

SO STIPULATED:

| FORD O'BRIEN LLP | SCHIFF HARDIN LLP |
|---|---|
| By: /s/*Adam C. Ford [with permission]*<br>Adam C. Ford<br>575 Fifth Avenue<br>17th Floor<br>New York, NY 10017<br>(212) 858-0040<br>aford@fordobrien.com<br><br>*Attorneys for Plaintiff Dr. William S. Husel* | By: /s/*Elise H. Yu*<br>    Elise H. Yu<br>350 S. Main Street, Ste. 210<br>Ann Arbor, MI  48104<br>734-222-1556 (Telephone)<br>734-222-1501 (Fax)<br>eyu@schiffhardin.com (Email)<br><br>*Attorneys for Defendant Trinity Health Corporation*<br><br>HONIGMAN LLP<br><br>By: /s/*Jason Abel [with permission]*<br>    Jason R. Abel<br>     Sara J. Brundage<br>     Mohamed M. Awan<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7000<br>jabel@honigman.com<br>sbrundage@honigman.com<br>mawan@honigman.com<br><br>*Attorneys for Defendant Trinity Assurance Limited (Cayman)* |

3