**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DR. WILLIAM S. HUSEL, M.O.,

    Plaintiff,                                  Hon. George Caram Steeh
                                                  Case No.: 19-cv-12478

v.

TRINITY HEALTH CORPORATION, and
TRINITY ASSURANCE LIMITED (CAYMAN),

    Defendants.
_____/

**STIPULATED ORDER TO EXTEND THE DEADLINES FOR
DEFENDANT TRINITY HEALTH CORPORATION AND DEFENDANT
TRINITY ASSURANCE LIMITED (CAYMAN) TO FILE REPLIES IN
SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

    On February 13, 2020, this Court entered a Notice of Motion Hearing on Defendants' Motions to Dismiss (Dkt. 30, 31) which, in part, set the deadline for the filing of reply briefs to March 18, 2020.

    Wherefore, Plaintiff Dr. Husel, by and through counsel, Defendant THC, by and through counsel, and Defendant TAL, by and through counsel, hereby stipulate to the following extension of time for Defendant THC and Defendant TAL's reply briefs as follows:

1. Due date for Defendant THC's reply extended by 7 days from March 18, 2020 to March 25, 2020;

2. Due date for Defendant TAL's reply extended by 7 days from March 18, 2020 to March 25, 2020.

Upon the consent of the parties the Court being otherwise fully advised:

IT IS HEREBY ORDERED that Defendants Trinity Health Corporation and Trinity Assurance Limited (CAYMAN) shall file reply briefs in support of their motions to dismiss on or before March 25, 2020.

IT IS ORDERED that a determination of the Motions will now be made on the briefs and without oral argument.  The motion hearing on 5/21/2020 is hereby cancelled.

Dated:  March 18, 2020                              s/George Caram Steeh
                                                                   GEORGE CARAM STEEH
                                                                   United States District Judge

SO STIPULATED:

| FORD O'BRIEN LLP | SCHIFF HARDIN LLP |
|---|---|
| By: /s/*Adam C. Ford [with permission]*<br>Adam C. Ford<br>575 Fifth Avenue<br>17th Floor<br>New York, NY 10017<br>(212) 858-0040<br>aford@fordobrien.com<br><br>*Attorneys for Plaintiff Dr. William S. Husel* | By: /s/*Elise H. Yu*<br>     Elise H. Yu<br>350 S. Main Street, Ste. 210<br>Ann Arbor, MI 48104<br>734-222-1556 (Telephone)<br>734-222-1501 (Fax)<br>eyu@schiffhardin.com (Email)<br><br>*Attorneys for Defendant Trinity Health Corporation*<br><br>HONIGMAN LLP<br><br>By: /s/*Jason Abel [with permission]*<br>     Jason R. Abel<br>      Sara J. Brundage<br>      Mohamed M. Awan<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7000<br>jabel@honigman.com<br>sbrundage@honigman.com<br>mawan@honigman.com<br><br>*Attorneys for Defendant Trinity Assurance Limited (Cayman)* |