UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. WILLIAM S. HUSEL,

           Plaintiff,

v.

TRINITY HEALTH CORP. and
TRINITY ASSURANCE LIMITED,

           Defendants.

_____/

CASE NO. 19-CV-12478

HON. GEORGE CARAM STEEH

## JUDGMENT

The above entitled matter has come before the court on Defendants' motions to dismiss, and in accordance with the court's order entered on this date, granting Defendants' motions and dismissing this action,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of Defendants.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: s/Brianna Sauve
Approved:                          DEPUTY COURT CLERK

s/George Caram Steeh
United States District Judge

Dated: May 19, 2020