# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 01, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

> Re: Case No. 20-1528, *William Husel v. Trinity Health Corporation, et al*
> Originating Case No. : 2:19-cv-12478

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

> Sincerely yours,
>
> s/Zachary Love
> For Bryant Crutcher
> Case Manager

cc: Mr. Jason R. Abel
    Mr. John S. Worden

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1528

_____

Filed: February 01, 2021

DOCTOR WILLIAM S. HUSEL

      Plaintiff - Appellant

v.

TRINITY HEALTH CORPORATION; TRINITY ASSURANCE LIMITED

      Defendants - Appellees.

## MANDATE

   Pursuant to the court's disposition that was filed 01/06/2021 the mandate for this case hereby issues today.

COSTS: None